## JONATHAN PHILBRICK, *adm'r. vs.* MOSES HAZEN, Jun.

When a suit is brought by a person as administrator, before he obtains letters of administration, and administration is afterwards granted to him, the defendant, in order to avail himself of this matter, may crave oyer of the letters of administration and demur.

ASSUMPSIT. The defendant craved oyer of the plaintiff's letters of administration, by which it appeared, that he was

not administrator at the time when he commenced this suit, and then demurred, and the plaintiff joined in demurrer.

*Heald*, for the plaintiff.

*Story*, for the defendant.

*By the court.*—When a plaintiff sues as administrator, when in fact he was not administrator until after the commencement of the suit, the correct mode of pleading this matter seems not to be well settled. In *Harker vs. Moreland (2 Levintz* 19,) the defendant in such a case craved oyer of the letters of administration, and then pleaded the matter in abatement after an imparlance. The court held the plea to be bad, but abated the writ, because it appeared that the action was prematurely commenced. When an action is prematurely brought, it may be pleaded in abatement, and is also good ground of demurrer, or of a nonsuit. 1 *Chitty's Pl.* 442. —4 *Mass. Rep.* 479.

We entertain no doubt, that the mode of pleading, adopted in this case, is correct, and that there must be

*Judgment for the defendant.*